**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO                                                No. C 06-04505 CRB

    Plaintiffs,                                                        **ORDER OF RECUSAL**

v.

PARIS BLUES INC,

    Defendants.
_____/

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated:   July 26, 2006

                                                    CHARLES R. BREYER
                                                    UNITED STATES DISTRICT JUDGE