| | |
|---|---|
| 1 | Craig S. Summers (Bar No. 108,688) |
|   | csummers@kmob.com |
| 2 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   | 2040 Main Street |
| 3 | Fourteenth Floor |
|   | Irvine, CA  92614 |
| 4 | Phone: (949) 760-0404 |
|   | Facsimile: (949) 760-9502 |
| 5 | |
|   | Attorneys for Defendant, |
| 6 | PARIS BLUES, INC. |
| 7 | Gregory S. Gilchrist (Bar No. 111,536) |
|   | gsgilchrist@townsend.com |
| 8 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | Two Embarcadero Center, 8th Floor |
| 9 | San Francisco, CA  94111 |
|   | Phone:  (415) 576-0200 |
| 10 | Facsimile:  (415) 576-0300 |
| 11 | Attorney for Plaintiff, |
|    | LEVI STRAUSS & CO. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/4/06*

| | | |
|---|---|---|
| LEVI STRAUSS & CO., | ) | Civil Action No.:  C 06-4505 RMW |
|  | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND** |
|  | ) | **[PROPOSED] ORDER TO** |
| v. | ) | **EXTEND THE CASE** |
|  | ) | **MANAGEMENT DATES** |
| PARIS BLUES, INC., | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

**JT STIP TO EXTEND THE CASE**                                                C 06-04505 RMW
**MANAGEMENT DATES**

1  WHEREAS, Plaintiff Levi Strauss & Company ("Plaintiff") filed its Complaint for Trademark Infringement and Dilution and Unfair Competition against Defendant Paris Blues, Inc. ("Defendant") on July 24, 2006;

WHEREAS, the parties have been engaged in settlement discussions since the filing of the Complaint;

WHEREAS, Defendant accepted service of the Complaint on September 11, 2006;

WHEREAS, the parties have stipulated to extend Defendant's time to respond to the Complaint to October 16, 2006;

WHEREAS, the Court issued an Order, on September 13, 2006, scheduling a Case Management Conference for October 6, 2006 at 10:30 a.m. and instructing the parties to file a Joint Case Management Statement by September 29, 2006; and

WHEREAS, Defendant needs additional time to prepare its portion of the Joint Case Management Statement.

NOW THEREFORE, the parties file this stipulated request, through their respective counsel of record, requesting that this Court issue an order changing the date of the Case Management Conference to November 3, 2006 and changing the filing date of the Joint Case Management Statement to October 27, 2006 or as soon thereafter as the Court deems appropriate.

Defendant would like additional time so that it may prepare its response to the Complaint before preparing its portion of the Joint Case Management Statement. Moreover, the parties believe that it would be more effective to prepare the Joint Case Management Statement after Plaintiff has received and reviewed Defendant's response to the Complaint. In addition, the parties believe that they will be more prepared for the Case Management Conference if the conference is held after Defendant files its response to the Complaint.

The only time modification in this case, whether by stipulation or Court order, is the above-referenced joint stipulation to extend Defendant's time to respond to the Complaint to October 16, 2006.

Due to the early stage of this case, the parties do not believe that the requested time modification would have any effect on the schedule for the case.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 29, 2006        By:   /s/ Craig S. Summers
                                       Craig S. Summers

Attorneys for Defendant,
PARIS BLUES, INC.

TOWNSEND AND TOWNSEND AND CREW, LLP

Dated: September 29, 2006        By:   /s/ Gregory S. Gilchrist
                                       Gregory S. Gilchrist

Attorneys for Plaintiff,
LEVI STRAUSS & COMPANY
*(Craig S. Summers attests that counsel for Plaintiff concurs in the filing of this document.)*

## ORDER

The Case Management Conference has been rescheduled for November 3, 2006 at 10:30 a.m. before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. The parties are to file a Joint Case Management Statement by October 27, 2006.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 10/4/06                    /s/ Ronald M. Whyte
                                  Honorable Ronald M. Whyte
                                  UNITED STATES DISTRICT COURT JUDGE

2974920

**JT STIP TO EXTEND THE CASE**               -2-                    C 06-04505 RMW
**MANAGEMENT DATES**