Craig S. Summers (Bar No. 108,688)
csummers@kmob.com
Amy C. Christensen (Bar No. 204,052)
achristensen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant,
PARIS BLUES, INC.

Gregory S. Gilchrist (Bar No. 111,536)
gsgilchrist@townsend.com
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Phone:  (415) 576-0200
Facsimile:  (415) 576-0300

Attorneys for Plaintiff,
LEVI STRAUSS & CO.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 2/6/07*

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>PARIS BLUES, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.:  C 06-04505 RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE MEDIATION** |

**JT STIP TO EXTEND DEADLINE TO COMPLETE MEDIATION**                                                                        C 06-04505 RMW

1  WHEREAS, Plaintiff Levi Strauss & Company ("Plaintiff") filed its Complaint for Trademark Infringement and Dilution and Unfair Competition against Defendant Paris Blues, Inc. ("Defendant") on July 24, 2006;

WHEREAS, the Court issued an Minute Order, on November 3, 2006, setting the deadline to complete mediation within 90 days of the date of the order (i.e., by February 1, 2007);

WHEREAS, the parties have been engaged in substantive settlement discussions since the filing of the Complaint;

WHEREAS, the parties have cooperated and worked to schedule a mediation for this case on January 23, 2007;

WHEREAS, due to the on-going settlement negotiations, the parties' proposed settlement terms are very close;

WHEREAS, the parties are hopeful a settlement can be reached in the upcoming week or shortly thereafter;

WHEREAS, in light of the progress of the settlement discussions, the parties would like to avoid unnecessary mediation costs and postpone the mediation; and

WHEREAS, the mediator has approved the rescheduling of the mediation;

NOW THEREFORE, the parties submit this stipulated request, through their respective counsel of record, requesting that this Court issue an order extending the deadline to complete mediation to February 28, 2007 or as soon thereafter as the Court deems appropriate.

The only previous time modifications in this case were the October 4, 2006 order extending the case management dates and the stipulation extending the time to respond to the Complaint.

**JT STIP TO EXTEND DEADLINE TO COMPLETE MEDIATION**   -1-   C 06-04505 RMW

Due to the early stage of this case, the parties do not believe that the requested time modification would have any effect on the schedule for the case.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 19, 2007    By:  /s/ Amy C. Christensen
                                Craig S. Summers
                                Amy C. Christensen

Attorneys for Defendant,
PARIS BLUES, INC.

TOWNSEND AND TOWNSEND AND CREW, LLP

Dated: January 19, 2007    By:  /s/ Gregory S. Gilchrist
                                Gregory S. Gilchrist
                                (Amy C. Christensen attests that counsel for Plaintiff concurs in the filing of this document.)

Attorneys for Plaintiff,
LEVI STRAUSS & COMPANY

[PROPOSED] ORDER

The deadline to complete mediation is extended to February 28, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 2/6/07

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE

3328694

**JT STIP TO EXTEND DEADLINE TO COMPLETE MEDIATION**    -2-    C 06-04505 RMW