1  Craig S. Summers (Bar No. 108,688)
   csummers@kmob.com
2  Amy Christensen Chun (Bar No. 204,052)
   achristensen@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
4  Fourteenth Floor
   Irvine, CA  92614
5  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
6
   Attorneys for Defendant,
7  PARIS BLUES, INC.

8  Gregory S. Gilchrist (Bar No. 111,536)
   gsgilchrist@townsend.com
9  TOWNSEND AND TOWNSEND AND CREW LLP
   Two Embarcadero Center, 8th Floor
10 San Francisco, CA  94111
   Phone:  (415) 576-0200
11 Facsimile:  (415) 576-0300

12 Attorneys for Plaintiff,
   LEVI STRAUSS & CO.
13

14              IN THE UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION          *E-FILED - 3/5/07*

17 _____

18 LEVI STRAUSS & CO.,            )   Civil Action No.:  C 06-4505 RMW
                                  )
19          Plaintiff,            )   **SECOND JOINT STIPULATION**
                                  )   **AND [xxxxxxxxxxxx] ORDER TO**
20      v.                        )   **EXTEND THE DEADLINE TO**
                                  )   **COMPLETE MEDIATION**
21 PARIS BLUES, INC.,             )
                                  )
          Defendant.              )
22 _____)
                                  )
23 AND RELATED COUNTERCLAIMS      )
                                  )
24                                )

25

26

27

28 **2ND JOINT STIP. & [xxxxxxx] ORDER**                    C 06-04505 RMW
   **TO EXTEND THE DEADLINE TO**
   **COMPLETE MEDIATION**

1  WHEREAS, Plaintiff Levi Strauss & Company ("Plaintiff") filed its Complaint for Trademark Infringement and Dilution and Unfair Competition against Defendant Paris Blues, Inc. ("Defendant") on July 24, 2006;

WHEREAS, the Court issued a Minute Order, on November 3, 2006, setting the deadline to complete mediation within 90 days of the date of the order (i.e., by February 1, 2007);

WHEREAS, the Court granted the parties Joint Stipulation to Extend the Deadline to Complete Mediation on or before February 28, 2007; this Order was granted on February 6, 2007;

WHEREAS, the parties have been engaged in substantive settlement discussions since the filing of the Complaint;

WHEREAS, due to the on-going settlement negotiations, the parties' proposed settlement terms are very close;

WHEREAS, the parties are hopeful a settlement can be reached in the upcoming weeks or shortly thereafter;

WHEREAS, in light of the progress of the settlement discussions, the parties would like to avoid unnecessary mediation costs and postpone the mediation; and

NOW THEREFORE, the parties submit this second stipulated request, through their respective counsel of record, requesting that this Court issue an order extending the deadline to complete mediation to March 28, 2007 or as soon thereafter as the Court deems appropriate.

This is the second joint stipulation to request continuance of the mediation date and prior to that the only previous time modifications in this case were the October 4, 2006 order extending the case management dates and the stipulation extending the time to respond to the Complaint.

2ND JOINT STIP. & [xxxxxxx] ORDER    -1-    C 06-04505 RMW
TO EXTEND THE DEADLINE TO
COMPLETE MEDIATION

1 | Due to the early stage of this case, the parties do not believe that the requested time
2 | modification would have any effect on the schedule for the case.

3 | Respectfully submitted,

4 | KNOBBE, MARTENS, OLSON & BEAR, LLP

6 | Dated: February 28, 2007    By: /s/ Amy C. Christensen
7 | Craig S. Summers
 | Amy C. Christensen
 | Attorneys for Defendant,
8 | PARIS BLUES, INC.

9 | TOWNSEND AND TOWNSEND AND CREW, LLP

11 | Dated: February 28, 2007    By: /s/ Gregory S. Gilchrist
12 | Gregory S. Gilchrist
 | (Amy C. Christensen attests that counsel for Plaintiff
 | concurs in the filing of this document.)
13 | Attorneys for Plaintiff,
 | LEVI STRAUSS & COMPANY

[xxxxxxxxxxxxx] **ORDER**

The deadline to complete mediation is extended to March 28, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 3/5/07

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE

3477048

28 | **2ND JOINT STIP. & [xxxxxx] ORDER**    -2-    C 06-04505 RMW
 | **TO EXTEND THE DEADLINE TO**
 | **COMPLETE MEDIATION**